UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNARDO CARLOS REEVES,

    Petitioner,

                                                    Case No. 20-cv-12673
                                                   Hon. Matthew F. Leitman

v.

WARDEN O'BELL WINN,

    Respondent.

_____/

**<u>ORDER GRANTING PETITIONER'S MOTION TO
CONTINUE TO HOLD PETITION IN ABEYANCE (ECF No. 9)</u>**

Petitioner Bernardo Carlos Reeves is a state inmate in the custody of the Michigan Department of Corrections. On September 30, 2020, Reeves, through counsel, filed a petition for a writ of habeas corpus in this court pursuant to 28 U.S.C. § 2254. (*See* Pet., ECF No. 1.) On April 21, 2022, the Court granted Reeves' motion to hold this case in abeyance so that he could return to the state courts to exhaust a newly discovered evidence claim. (*See* Order, ECF No. 8.) The Court also administratively closed the case at that time. (*See id.*) The matter is now before the Court on Reeves' motion to continue to hold his habeas petition in abeyance while the Western Michigan University-Cooley Innocence Project investigates his case and he proves his actual innocence and/or exhausts state court remedies as to newly-discovered evidence following that investigation. (*See* Mot., ECF No. 9.)

1

The Court has carefully reviewed Reeves' motion and concludes that Reeves has shown good cause to continue to hold his petition in abeyance. Accordingly, the Court **GRANTS** his motion and will continue to hold his petition in abeyance. These proceedings shall remain **STAYED** for one year from the date of his order. If Reeves does not move to re-open this case before the end of the one-year period, the Court shall set a status conference at that time. The case remains closed for administrative purposes only. Nothing in this order shall be construed as an adjudication of Reeves' claims.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 15, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 15, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126