UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNARDO CARLOS REEVES,

      Petitioner,                                  Case No. 20-cv-12673
                                                              Hon. Matthew F. Leitman

v.

WARDEN O'BELL WINN,

      Respondent.

_____/

**ORDER (1) TERMINATING APPEARANCE OF PETITIONER'S COUNSEL AND (2) DIRECTING COUNSEL TO SERVE ORDER ON PETITIONER AND FILE PROOF OF SERVICE WITH THE COURT**

     Petitioner Bernardo Carlos Reeves is a state inmate in the custody of the Michigan Department of Corrections. On September 30, 2020, Reeves, through attorney Laurel Kelly Young, filed a petition for a writ of habeas corpus in this Court pursuant to 28 U.S.C. § 2254. (*See* Pet., ECF No. 1.) This action is currently stayed while Reeves pursues an actual innocence claim in state court. (*See* Orders, ECF Nos. 8, 10, 12.)

     On July 25, 2024, the Court received a letter from Reeves in which Reeves suggested that his attorney-client relationship with Young had broken down. (*See* Ltr., ECF No. 13.) The Court then held an on-the-record status conference with

1

Young and counsel for the Respondent. During that conference, Young confirmed the breakdown of the attorney-client relationship with Reeves.

Based on the representations in Reeves' letter to the Court, and Young's responses to the Court's questions during the status conference, the Court will **TERMINATE** Young's appearance on Reeves' behalf based on the breakdown of the attorney-client relationship described to the Court. Young shall serve this order on Reeves by no later than **August 30, 2024**, and after she does so, she shall file a proof of service with the Court.

The Court will now schedule a status conference with Reeves and counsel for Respondent to discuss next steps in this action.

**IT IS SO ORDERED.**

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated:   August 21, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 21, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126