UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNARDO CARLOS REEVES,

       Petitioner,                                 Case No. 20-cv-12673
                                                            Hon. Matthew F. Leitman

v.

WARDEN O'BELL WINN,

       Respondent.
_____/

**ORDER (1) CONTINUING TO HOLD CASE IN ABEYANCE AND
(2) DENYING PETITIONER'S MOTION TO ORDER AN INVESTIGATION,
MOTION APPOINT COUNSEL, AND MOTION FOR 120-DAY EXTENSION
(ECF No. 17)**

On October 9, 2024, the Court conducted an on-the-record status conference. For the reasons stated on the record:

1. The Court will continue to hold the case in abeyance and will hold another status conference in six (6) months.

2. Petitioner's motion to order an investigation, motion to appoint counsel, and motion for 120-day extension (ECF No. 17) is **DENIED.**

**IT IS SO ORDERED.**

                                                 s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: October 9, 2024

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 9, 2024, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126